# JAMES E. NEUMAN
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/12

March 5, 2012

BY FAX (212-805-7991)
Hon. J. Paul Oetkin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v Mikhail Ostrumsky*, 12 Cr 171 (JPO)

Your Honor:

I represent Mickhail Ostrumsky in the referenced matter. I write to request that the conditions of Mr. Ostrumsky's bond be modified, as agreed upon by the parties, and ask that you approve of the agreement by endorsing this letter.

On February 28, 2012, Magistrate Theodore H. Katz granted Mr. Ostrumsky bail on the following conditions (in addition to the standard conditions): (1) Mr. Ostrumsky and two financially responsible persons would sign a bond in the amount of $2,000,000; (2) $50,000 in cash would be posted as security for the bond; (3) Mr. Ostrumsky would be on home confinement with electronic monitoring; and (4) Mr. Ostrumsky would refrain from operating or working at a medical clinic. Since then, the parties have agreed upon one modification. Specifically, in place of the requirement that $50,000 in cash be posted, property with equity of at least $100,000 would be used instead to secure the bond. The other conditions would remain in place.

Accordingly, we ask that you sign this letter, endorsing the change in conditions as indicated. Please let me know if any more information is needed regarding this request.

**APPLICATION GRANTED:**

Respectfully submitted,

3/5/12

HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

James E. Neuman

cc: AUSA Nicholas McQuaid (by email)